■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL DEJESUS, Appellant. [40 NYS3d 273]—Appeals by the defendant from (1) a judgment of the Supreme Court, Queens County (Knopf, J.), rendered October 1, 2013, convicting him of burglary in the third degree under indictment No. 1832/12, upon his plea of guilty, and imposing sentence, and (2) an amended judgment of the same court rendered October 1, 2013, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted burglary in the third degree under superior court information No. 3412/11. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment and the amended judgment are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel "to seek plea withdrawal," and, thus, does not wish for counsel to raise any issues relating to the validity of his plea of guilty. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *People v Singleton*, 129 AD3d 871 [2015]; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Leventhal, J.P., Cohen, Miller and LaSalle, JJ., concur.